IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLIE F. WOFFORD,

    Petitioner,

vs.                                           CASE NO. 5:06cv248-RS

SCOTT MIDDLEBROOK,

    Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6) and Petitioner's Objections to Magistrate Judge's Report and Recommendation (Doc. 8). I have reviewed Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus is denied, and this case is dismissed with prejudice.

3. The clerk is directed to close the file.

ORDERED on January 31, 2007.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**